IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03127-BNB

EUGENE VELARDE,

    Plaintiff,

v.

PAMELA PLOUGHE,
JOYCE CROUNK,
SUSAN TIONA,
DAVID OBA,
KATHY HOLT,
LINSEY FISH,
MARY CARTER,
DEBORAH SHOCK,
KAREN MITCHELL,
KATHLEEN BOYD, and
BARBARA FERGUSON,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED May 3, 2012, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge