IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03127-PAB-KMT

EUGENE VELARDE,

    Plaintiff,

v.

PAMELA PLOUGHE,
JOYCE CROUNK,
SUSAN TIONA,
KATHY HOLT,
LINSEY FISH,
MARY CARTER,
DEBORAH SHOCK,
KAREN MITCHELL,
KATHLEEN BOYD, and
BARBARA FERGUSON,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on Defendant's [sic] Motion for Order: Dismissing the Above Cited Civil Action [Docket No. 77]. The motion does not contain a signature block which complies with Federal Rule of Civil Procedure 11(a) and D.C.COLO.LCivR 10.1K and is unsigned, in violation of Federal Rule of Civil Procedure 11(a) ("Every . . . paper must be signed by . . . a party personally if the party is unrepresented") and D.C.COLO.LCivR 10.1K ("A paper shall be legibly signed in the signature block by the . . . pro se party filing the paper."). Therefore, it is

    **ORDERED** that Defendant's [sic] Motion for Order: Dismissing the Above Cited Civil Action [Docket No. 77] is stricken, will leave to refile. It is further

    **ORDERED** that plaintiff shall include in any refiled pleading a signature block and signature in compliance with the rules cited above.

    DATED April 9, 2013.