IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-03127-PAB-KMT

EUGENE VELARDE,

    Plaintiff,

v.

PAMELA PLOUGHE,
JOYCE CROUNK,
SUSAN TIONA,
KATHY HOLT,
LINSEY FISH,
MARY CARTER,
DEBORAH SHOCK,
KAREN MITCHELL,
KATHLEEN BOYD, and
BARBARA FERGUSON,

    Defendants.

_____

**ORDER**
_____

This matter comes before the Court on Plaintiff's Motion for Order: Dismissing the Above Cited Civil Action [Docket No. 83]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that Plaintiff's Motion for Order: Dismissing the Above Cited Civil Action [Docket No. 83] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 18, 2013.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge